1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Yitzchak Zelman**
**MARCUS & ZELMAN, LLC**
**701 Cookman Avenue, Suite 300**
**Asbury Park, New Jersey 07712**
**Telephone: (732) 695-3282**
**yzelman@marcuszelman.com**
*Attorney for Plaintiff*

**Jacob Kozaczuk**
**jacob.kozaczuk@troutman.com**
**TROUTMAN PEPPER LOCKE LLP**
**3 Embarcadero Center, Suite 800**
**San Francisco, CA 94111**
**Telephone (415) 477-5700**
*Attorney for Defendants*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| **JOSSELIN LOWELL,** | Case No. 8:25-cv-01000-FWS-DFM |
| Plaintiff, | Honorable Judge Fred W. Slaughter |
| v. | |
| **WESTLAKE FINANCIAL SERVICES, LOSS PREVENTION SERVICES, LLC, and INDEPENDENT RECOVERY, INC.,** | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendants. | |

1

2       Plaintiff Josselin Lowell and Defendants Westlake Financial Services, Loss

3 Prevention Services, LLC, and Independent Recovery, Inc. ("The Parties") hereby

4 stipulate to the Plaintiff's dismissal of all claims against all Defendants in the

5 above-captioned matter, with prejudice.

6       The parties shall bear their own attorneys' fees and costs incurred in this

7 action.

8

9

10 DATED: January 6, 2026           MARCUS AND ZELMAN LLC

11

12                         By: /s/ Yitzchak Zelman

13                         Yitzchak Zelman, Esq.
                               Attorney for Plaintiff
14                         JOSSELIN LEWIS

15 DATED: January 6, 2026           TROUTMAN PEPPER LOCKE LLP

16

17                         By: /s/ Jacob Kozaczuk

18                         Jacob Kozaczuk
                         Attorney for Defendants

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL WITH PREJUDICE